UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-80007-MIDDLEBROOKS

**UNITED STATES OF AMERICA,**

vs.

**MICHAEL SHAPIRO,**

       **Defendant.**

_____/

## NOTICE ON FORFEITURE

The United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby files this notice on forfeiture. The United States is not pursuing federal judicial forfeiture at this time.

Respectfully submitted,

**MARKENZY LAPOINTE**
**UNITED STATES ATTORNEY**

By:    */s/ Emily R. Stone*
       Emily R. Stone
       Assistant United States Attorney
       Florida Bar No. 092077
       U.S. Attorney's Office
       99 Northeast Fourth Street, 7th Floor
       Miami, Florida 33132-2111
       Telephone: (305) 961-9407
       E-mail: Emily.Stone@usdoj.gov